Judge Pauley

08 cv 03238

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
INDUSTRIAL CARRIERS INC.,

    Plaintiff(s),

-against-

DEIULEMAR SHIPPING SPA,

    Defendant(s).
-------------------------------------X

1:08-cv-_____

RULE 7.1 STATEMENT

RECEIVED APR 01 2008 U.S.D.C. S.D.N.Y. CASHIERS

PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, INDUSTRIAL CARRIERS INC. ("ICI"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of ICI.

Dated:   New York, NY

April ___, 2008

Respectfully submitted,

MAHONEY & KEANE, LLP
Attorneys for Plaintiff
INDUSTRIAL CARRIERS INC.

By: _____
Edward A. Keane (EK 1398)
111 Broadway, 10th Floor
New York, NY 10006
Tel. (212) 385-1422
Fax (212) 385-1605
File No. 12/3559/b/08/3

- 1 -